**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **OZCAN DALGIC,** | |
| Plaintiff, | CIVIL ACTION NO. 3:16-CV-443 |
| v. | |
| **MISERICORDIA UNIVERSITY,** | (JUDGE CAPUTO) |
| Defendant. | |

## **ORDER**

**NOW**, this 18th day of March, 2016, **IT IS HEREBY ORDERED** that Plaintiff Ozcan Dalgic is given leave to file an amended complaint within **twenty-one (21) days** from the date of this order.  If Plaintiff fails to do so, the action will be dismissed.

                                                  /s/ A. Richard Caputo
                                                  A. Richard Caputo
                                                  United States District Judge