# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

OZCAN DALGIC,

   Plaintiff,

       v.

MISERICORDIA UNIVERSITY,

   Defendant.

NO. 3:16-CV-0443

(JUDGE CAPUTO)

## **ORDER**

**NOW**, this 3rd day of July, 2019, **IT IS HEREBY ORDERED** that:

(1) The Motion for Summary Judgment (Doc. 53) filed by Defendant Misericordia University is **DENIED**.

(2) The Motion for Summary Judgment (Doc. 50) filed by Plaintiff Ozcan Dalgic is **GRANTED**.

(3) The matter is placed on this Court's **September 2019** trial list for a damages only jury trial. A pretrial scheduling order will follow in due course.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge